PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00054-01** |
| ) | |
| **Lisa Michiel ALVIS** ) | |

On May 27, 2005, Lisa Michiel Alvis was placed on Supervised Release for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Terence E. Sherbondy

**TERENCE E. SHERBONDY
Senior United States Probation Officer**

Dated:   May 13, 2008
         Roseville, California
         tes:cd

**REVIEWED BY:**   /s/ Richard A. Ertola
         **RICHARD A. ERTOLA
         Supervising United States Probation Officer**

**Re:   Lisa Michiel ALVIS**
      **Docket Number:   2:05CR00054-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  June 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

tes:cd
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Docket Number:** 2:05CR00054-01 |
| ) | |
| **Lisa Michiel ALVIS** ) | |
| ) | |

## LEGAL HISTORY:

On May 27, 2005, Lisa Michiel Alvis was sentenced to 10 months custody Bureau of Prisons; 36 months Supervised Release; and a $100 special assessment. Special conditions included: Submit to collection of DNA, and prohibition from employment in which she has access to check writing instruments owned by the business. Her term of Supervised Release commenced on May 6, 2006.

## SUMMARY OF COMPLIANCE:

Lisa Michiel Alvis has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Ms. Alvis has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:    Lisa Michiel ALVIS**
**Docket Number:   2:05CR00054-01**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Terence E. Sherbondy

**TERENCE E. SHERBONDY**
**Senior United States Probation Officer**

Dated:        May 13, 2008
              Roseville, California
              tes:cd

**REVIEWED BY:**          /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA**
                  **Supervising United States Probation Officer**

cc:    AUSA Samuel B. Wong (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)